# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00419-CR

**Carolyn Thompson Law, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
## NO. 54501, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On June 20, 2012, this Court received a copy of appellant Carolyn Thompson Law's notice of appeal from a judgment of conviction for murder. *See* Tex. Penal Code Ann. § 19.02 (West 2011). The district court imposed sentence on March 9, 2006, and because no motion for new trial was filed, the deadline for Law to perfect her appeal was April 9, 2006. *See* Tex. R. App. P. 26.2 (a)(2). However, Law did not file her notice of appeal with the trial court until June 8, 2006. *See id.* R. 25.1 (providing that appeal is perfected when notice is filed with trial court clerk). Because Law did not timely file her notice of appeal, this Court is without jurisdiction over this appeal.[1] *See Castillo v. State*, 369 S.W.2d 196, 198 (Tex. Crim. App. 2012). Accordingly, we dismiss this appeal for want of jurisdiction.

---

[1] Any remedy Law may have for a late-filed notice of appeal would be sought through a post-conviction writ of habeas corpus returnable to the Texas Court of Criminal Appeals. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2012).

_____

Scott K. Field, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed for Want of Jurisdiction

Filed:  May 10, 2013

Do Not Publish